01

02

03

04

05

06                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  ANDRE R. YOUNG,                          )    CASE NO.C07-1176-RSL
                                             )
09          Plaintiff,                       )
                                             )
10      v.                                   )    REPORT AND RECOMMENDATION
                                             )    RE: MOTION TO DISMISS SOCIAL
11  SOCIAL SECURITY ADMINISTRATION,          )    SECURITY CLAIM
                                             )
12          Defendant.                       )
    _____ )
13

14          This matter comes before the Court on plaintiff's claim, filed in the King County District

15  Court for the State of Washington, Small Claims division and removed to this Court by defendant

16  on July 30, 2007.  (Dkt. 1.)  Defendant now moves to dismiss the case.  (Dkt. 3.)  Plaintiff did not

17  respond.[1]  It is recommended that the motion be granted and the case dismissed.

18  **I.      BACKGROUND**

19          On July 9, 2007, plaintiff filed a Notice of Small Claim against the Social Security

20  _____

21          [1] A failure of a party to file papers in opposition to a motion may be taken by the Court
    as an admission that the motion has merit.  CR 7(b)(2); *Chourre v. I.R.S.*, 203 F. Supp. 1196,
22  1199 (W.D. Wash. 2002).

REPORT AND RECOMMENDATION
PAGE -1

01  Administration in King County District Court, claiming that defendant owed him $830.66 and

02  alleging that defendant had reduced his social security benefits without legal authority.  (*See* Dkt.

03  1, Ex. A.)   Defendant filed a motion to dismiss, contending that the dispute regarding the

04  reduction in benefits remains pending with the Social Security Administration, and that, therefore,

05  plaintiff has not exhausted his administrative remedies.  Plaintiff has not replied to the motion to

06  dismiss and, therefore, does not contest defendant's recitation of the procedural status of the case.

07  **II.    ANALYSIS**

08        This Court's jurisdiction to review an adverse determination in a claim for Supplemental

09  Security Income (SSI) benefits is based on 42 U.S.C. § 405(g), which allows a final decision of

10  the Commissioner of Social Security to be appealed to the district court of the United States for

11  the district in which the claimant resides.  A decision of the Commissioner is not final until the

12  claimant has exhausted his administrative remedies.  *Johnson v. Shalala*, 2 F.3d 918, 921 (9th Cir.

13  1993).   After the initial application is filed, the administrative review process includes a

14  reconsideration, a hearing before an administrative law judge, and an Appeals Council review.

15  Only when these stages have been completed may the claimant request judicial review by filing an

16  action in the United States District Court.  20 C.F.R. § 404.900.

17        Here, plaintiff's social security claim is at the reconsideration stage of the administrative

18  review process.  He has not yet proceeded to a hearing before an administrative law judge or

19  review by the Appeals Council.  Therefore, he has failed to exhaust his administrative remedies.

20  / / /

21  / / /

22  / / /

REPORT AND RECOMMENDATION
PAGE -2

01 **III.    CONCLUSION**

02          For the foregoing reasons, it is recommended that the motion to dismiss be granted and

03 this case dismissed.

04          DATED this <u>13th</u> day of September, 2007.

05

06          _____
            Mary Alice Theiler
            United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -3